IC

FILED

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

MAY 13 2024 LM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FARUK KACAR )

Plaintiff )

v. )

Defendant )

CITY of SKOKIE
CITY of Chicago et. al **COMPLAINT**
State of illinois

**United States District Court**
**Northern District of Illinois**

**1:24-cv-03894**
Judge Sunil R. Harjani
Magistrate Judge Gabriel A. Fuentes
RANDOM/ Cat. 1

May 16 2023 after 3PM 50 WEST WASHINGTON
POLICE of STATE NAME of MALE IS-TAM
POLICE of State of ILLINOIS HITME ON Back

Other Police officers Violeted My Rights

Lady Police officers GRAB MY PAPERS

FROM MY HAND WITH out of MY PREMISSION
POLICE CITY of Chicago ARRIVE TOLD MY TO GET of Building WITH PROMISE
MAY-24-2023 of POLIE REPORT. WHEN I step out of Dayel center Police
BROKE and REFUSE POLICE
REPORT.

ON OGDEN I HAVE Appoitment on 10 AM wensday MAY-24-23
MAY-24-2023 WITH ANTHONY-INVESTIGATOR Thay
Police Arrived AND TOLD ME I DON'T HAVE
Apoitment I HAVE ON MY PAPERS and EVRYTHING
POLICE GARCIA JR. REINALDO 18359 STAR NO
2nd officers IZAGUIRRE ENRIQUE STAR NO: 9344
and Lady sergont I Don't No Name Arrest Me
I teel My Bag with Employees of 2350 WOGDEN MY
BAY MISSING MY CANE, MY APPOITMENT PAPERS
in OGDEN. I NO I HAVE APPOITMENT ALL They SAY
NO APPOITMENT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

WILKEN POLICE officer July-14-23 and George #236